**Accion Opportunity Fund**
5701S. Eastern Ave Suite 120
Los Angeles, CA 90040

**Ajit Patel**
406 Main Street #26
Metuchen, NJ 08840

**BSCS Technologies**
1601 Park CenterDr Suite 10
Orlando, FL 32835

**Capital One**
1680 Capital One Drive
Mc Lean, VA 22102

**David Good**
656 Georges Rd. #1
North Brunswick, NJ 08902

**Deptford Property Owner LLC**
C/o Voris Tejada @ Capehart
8000 Midlantic Drive Suite 3005
Mount Laurel, NJ 08054

**Dhanvant Antala**
10 Coventry Square
Trenton, NJ 08628

**Fed Ex**
942S. ShadyGrove Road
Memphis, TN 38120

**Flagship Credit**

**Flagship Credit Acceptance**
P.O. Box 965
Chadds Ford, PA 19317

**Harikrishna Sajja**
7315 212th St SW Suite100
Edmonds, WA 98026

**HealthLIfe of USA, LLC**
C/o Charles I. Epstein , Esq
27 Warren Street Suite 304
Hackensack, NJ 07601

**Home Depot**
2455 Paces Ferry Road NW
Atlanta, GA 30339

**Husmuch Patel**
1600 Hart Street
Rahway, NJ 07065

**Israel Perlstein**
5 Hollywood Court
South Plainfield, NJ 07080

**Junglefair Hello**
2713 SW 3rdStreet
Delray Beach, FL 33445

**PSE&G Long Island**
455 Mill Road
Hewlett, NY 11557

**Ravi Deshpande**
9 BS Gold Drive.
Robbinsville, NJ 08691

**SabuRaju Pralogan**
43480 Fox Grove Court
Ashburn, VA 20147

**Sai Dheeraj Kalagotla**
3109 Abitare Blvd
Voorhees, NJ 08043

**Santander**

**SBA**
660 American Ave 301
King of Prussia, PA 19406

**Srinivas Vannavada**

**Suanfarma**
17-09 Zink Place Unit 7
Fair Lawn, NJ 07410

**Sunil Acharya SM Pharmatech LLC**
46 Cedar Terrace
Parlin, NJ 08859

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE: Graxcell Pharmaceutical LLC

CASE NO

CHAPTER 11

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  06/27/2024    Signature  /s/ Satyanarayana R. Kalagotla
Authorized Signer