Fill in this information to identify the case:

Debtor name: __Graxcell Pharmaceutical LLC__

United States Bankruptcy Court for the: __District of New Jersey__

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from Schedule A/B............................................................... $0.00

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B............................................................. $1,182,017.00

    1c. **Total of all property:**
    Copy line 92 from Schedule A/B............................................................... $1,182,017.00

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D.............. $32,855.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F............................................. $26,000.00

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............... + $1,550,200.00

4. **Total liabilities**................................................................................................... $1,609,055.00
   Lines 2 + 3a + 3b

Official Form 206Sum    Summary of Assets and Liabilities for Non-Individuals    page 1