Fill in this information to identify the case:

Debtor name: **Graxcell Pharmaceutical LLC**

United States Bankruptcy Court for the: **District of New Jersey**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Accion Opportunity Fund<br>5701 S. Eastern Ave Suite 120<br>Los Angeles, CA 90040 | (866) 425-2450 | | | | | $20,000.00 |
| 2 | Ajit Patel<br>406 Main Street #26<br>Metuchen, NJ 08840 | (732) 906-6637 | | | | | $20,000.00 |
| 3 | BSCS Technologies<br>1601 Park CenterDr Suite 10<br>Orlando, FL 32835 | (407) 620-8903 | | | | | $15,000.00 |
| 4 | David Good<br>656 Georges Rd. #1<br>North Brunswick, NJ 08902 | (732) 956-7543 | | | | | $50,000.00 |
| 5 | Deptford Property Owner LLC<br>C/o Voris Tejada @ Capehart<br>8000 Midlantic Drive Suite 3005<br>Mount Laurel, NJ 08054 | | | | | | $401,200.00 |
| 6 | Dhanvant Antala<br>10 Coventry Square<br>Trenton, NJ 08628 | (609) 334-1332 | | | | | $60,000.00 |
| 7 | Dhanvant Antala<br>10 Coventry Square<br>Trenton, NJ 08628 | (609) 334-1332 | | | | | $20,000.00 |
| 8 | Flagship Credit<br>P.O. Box 965<br>Chadds Ford PA 19317 | | | | | | $22,855.00 |

Debtor    **Graxcell Pharmaceutical LLC**    Case number (if known) _____
            Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Harikrishna Sajja<br>7315 212th St SW Suite100<br>Edmonds, WA 98026 | (425) 215-1809 | | | | | $20,000.00 |
| 10 | HealthLIfe of USA, LLC<br>C/o Charles I. Epstein, Esq<br>27 Warren Street Suite 304<br>Hackensack, NJ 07601 | (201) 489-7600 | judgment | Disputed | | | $108,000.00 |
| 11 | Husmuch Patel<br>1600 Hart Street<br>Rahway, NJ 07065 | (732) 433-5591 | | | | | $130,000.00 |
| 12 | Israel Perlstein<br>5 Hollywood Court<br>South Plainfield, NJ 07080 | (718) 222-5200 | | | | | $10,000.00 |
| 13 | Junglefair Hello<br>2713 SW 3rdStreet<br>Delray Beach, FL 33445 | (973) 230-7822 | | | | | $10,000.00 |
| 14 | PSE&G Long Island<br>455 Mill Road<br>Hewlett, NY 11557 | | | | | | $10,000.00 |
| 15 | Ravi Deshpande<br>9 BS Gold Drive.<br>Robbinsville, NJ 08691 | (609) 516-9365 | | | | | $70,000.00 |
| 16 | SabuRaju Pralogan<br>43480 Fox Grove Court<br>Ashburn, VA 20147 | (732) 491-7156 | | | | | $250,000.00 |
| 17 | Sai Dheeraj Kalagotla<br>3109 Abitare Blvd<br>Voorhees, NJ 08043 | (732) 666-8053 | | | | | $20,000.00 |
| 18 | Santander Bank N.A.<br>302 Haddon Avenue<br>Westmont, NJ 08108 | 856-858-1800 | | | | | $10,000.00 |
| 19 | SBA<br>660 American Ave 301<br>King of Prussia, PA 19406 | (610) 382-3062 | | | | | $300,000.00 |
| 20 | Suanfarma<br>17-09 Zink Place Unit 7<br>Fair Lawn, NJ 07410 | (201) 931-8730 | | | | | $30,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2