UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

ROGER C. MATTSON, ESQUIRE
26 Newton Avenue
Woodbury, NJ  08096    RM 9791
(856) 848-4050

Attorney for Debtor

In Re:

GRAXCELL PHARMACEUTICAL LLC

Debtor

Case No.:

Chapter:   11

Judge:

## STATEMENT UNDER PENALTY OF PERJURY

SATYANARAYANA R. KALAGOTLA hereby says: I am the sole member of the Debtor in this Chapter 11 Bankruptcy.

Due to the emergent nature of this filing, I have not prepared a balance sheet, statement of operations or cash flow statement. I have filed the 2023 Federal Tax Return.

I certify that the foregoing statements made by me are true. If any of them are willfully false, I am subject to punishment.

/s/ Satyanarayana R. Kalagotla
Satyanarayana R. Kalagotla

Dated:  June 27, 2024